AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| ROB STAR, *derivatively and on behalf of all Nominal Defendants, Oldfield Community Association, LLC and Oldfield Club, LLC, and on behalf of Oldfield Community Association LLC's and Oldfield Club, LLC's respective members*<br><br>*Plaintiff*<br>v.<br>TI OLDFIELD DEVELOPMENT, LLC, TI OLDFIELD OPERATIONS, LLC, *by and through their respective board of directors, John Does 1-10, individually and as directors between the time period 2010-2017, including Philip Galbreath and I. William Stolz, III*; OLDFIELD HOLDINGS GA, LLC; SF CAPITAL,LLC; SF OPERATIONS, LLC; JAMIE D. SELBY, *individually and as managing member of Elliot Group Holdings, LLC*, and ELLIOT GROUP HOLDINGS, LLC; OLDFIELD COMMUNITY COUNCIL,*(2013-2015) including Jay Barr and Richard Price, by and through its respective Board of Directors, John Does 11-20;* OLDFIELD COMMUNITY ASSOCIATION, *(2010-2017) by and through its respective Board of Directors, John Does 31-40 including Richard Price, Phillip Galreath, and I. William Stolz, III*; BALD EAGLE PARTNERS LLC; BEP OLDFIELD, LLC, *by and through their respective Board of Directors (John Does 41-50)*; JAY BARR; RICHARD PRICE; WILLIAM STOLZ, III; PHILLIP GALBREATH; OLDFIELD COMMUNITY ASSOCIATION, LLC; OLDFIELD CLUB, LLC,<br><br>*Defendants* | Civil Action No.    9:17-cv-02489-DCN<br><br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■ other: The Report and Recommendation of the Special Master accurately summarizes the case and applicable law and is incorporated. The court **GRANTS** the defendants' motions to dismiss all of plaintiff's claims, rendering moot plaintiff's cross-motion to amend the complaint.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge on motions to dismiss.

Date:  September 20, 2018

*CLERK OF COURT*

s/John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*