United States District Court for the _____

       District of _____

       File Number _____

                )
  v.              )  Notice of Appeal
                 )
                 )

  Notice is hereby given that _____(plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the _____ Circuit (from the final judgment) (from the order (describing it)) entered in this action on the \_\_\_\_ day of _____, 20 \_\_\_\_.

                   (s)_____

                 Attorney for _____

                 Address:_____

                   _____

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal*]

_____

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2016  SCC