FILED: July 2, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2202 (L)
(9:17-cv-02489-DCN)

_____

ROB STAR, Derivatively and on behalf of all Nominal Defendants, Oldfield Community Association LLC and Oldfield Club, LLC, and on behalf and for Oldfield Community Association LLC'S and Oldfield Club, LLC'S respective members

    Plaintiff - Appellant

v.

TI OLDFIELD DEVELOPMENT, LLC, TI OLDFIELD OPERATIONS, LLC, by and through their respective Board of Directors, John Does 1-10, Individually and as Directors between the time periods 2010-2017 including Phillip Galbreath and I. William Stolz, III; OLDFIELD HOLDINGS GA, LLC; SF CAPITAL, LLC; SF OPERATIONS, LLC; JAMIE D. SELBY, Individually and as Managing Member of Elliot Group Holdings, LLC; ELLIOT GROUP HOLDINGS, LLC; OLDFIELD COMMUNITY COUNCIL, (2013-2015) including Jay Barr and Richard Price, by and through its respective Board of Directors, John Does 11-20; OLDFIELD CLUB, (2010-2017), by and through its respective Board of Directors, John Does 21-30, including Jay Barr, Phillip Galbreath and I. William Stolz, III; OLDFIELD COMMUNITY ASSOCIATION, (2010-2017) by and through its respective Board of Directors, John Does 31-40 including Richard Price, Phillip Galbreath, and I. Willian Stolz, III; BALD EAGLE PARTNERS LLC; BEP OLDFIELD, LLC, by and through their respective Board of Directors (John Does 41-50); JAY BARR; RICHARD PRICE; WILLIAM STOLZ, III; PHILLIP GALBREATH; OLDFIELD COMMUNITY ASSOCIATION, LLC; OLDFIELD CLUB, LLC

    Defendants - Appellees

------

No. 18-2205
(9:17-cv-02489-DCN)

------

ROB STAR, Derivatively and on behalf of all Nominal Defendants, Oldfield Community Association LLC and Oldfield Club, LLC, and on behalf and for Oldfield Community Association LLC'S and Oldfield Club, LLC'S respective members

    Plaintiff - Appellant

v.

TI OLDFIELD DEVELOPMENT, LLC, by and through their respective Board of Directors, John Does 1-10, Individually and as Directors between the time periods 2010-2017 including Phillip Galbreath and I. William Stolz, III; TI OLDFIELD OPERATIONS, LLC, by and through their respective Board of Directors, John Does 1-10, Individually and as Directors between the time periods 2010-2017 including Phillip Galbreath and I. William Stolz, III; OLDFIELD HOLDINGS GA, LLC; SF CAPITAL, LLC; SF OPERATIONS, LLC; JAMIE D. SELBY, Individually and as Managing Member of Elliot Group Holdings, LLC; ELLIOT GROUP HOLDINGS, LLC; OLDFIELD COMMUNITY COUNCIL, (2013-2015) including Jay Barr and Richard Price, by and through its respective Board of Directors, John Does 11-20; OLDFIELD CLUB, (2010-2017), by and through its respective Board of Directors, John Does 21-30, including Jay Barr, Phillip Galbreath and I. William Stolz, III; OLDFIELD COMMUNITY ASSOCIATION, (2010-2017) by and through its respective Board of Directors, John Does 31-40 including Richard Price, Phillip Galbreath, and I. Willian Stolz, III; BALD EAGLE PARTNERS LLC; BEP OLDFIELD, LLC, by and through their respective Board of Directors (John Does 41-50); JAY BARR; RICHARD PRICE; WILLIAM STOLZ, III; PHILLIP GALBREATH; OLDFIELD COMMUNITY ASSOCIATION, LLC; OLDFIELD CLUB, LLC

    Defendants - Appellees

_____

MANDATE

_____

The judgment of this court, entered June 10, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*